**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHAYA WEISS,

               Plaintiff,                           19 **CIVIL**4720 (JPO)

       -against-                              **JUDGMENT**

AMERICAN EXPRESS NATIONAL BANK,
                           Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 18, 2020, AMEX's motion to compel arbitration and dismiss the case is granted; accordingly, this case is closed**.**

**Dated**: New York, New York
        November 19, 2020

                                                      **RUBY J. KRAJICK**
                                                       _____
                                                          **Clerk of Court**
                         **BY:**
                                                      _____
                                                         **Deputy Clerk**